# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GAMEHANCEMENT LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:23-CV-00603-JRG-RSP |
| v. | § § | (Lead Case) |
| TP-LINK TECHNOLOGY CO., LTD., | § § § | |
| *Defendant*. | § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00569-JRG-RSP |
| EDGECORE NETWORKS CORPORATION, | § § § § | (Member Case) |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Gamehancement LLC ("Plaintiff"). (Dkt. No. 11.) In the Notice, Plaintiff represents that Lead Case No. 2:23-cv-603 is voluntarily dismissed WITH PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in Lead Case No. 2:23-cv-603 are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned lead case in light of the remaining disputes in the above-captioned consolidated cases.

## So Ordered this

**May 29, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE